**DENIED; Opinion Filed October 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00792-CV**

**IN RE ROGER BARONE, Relator**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50207-2019**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Carlyle

Before the Court is relator's July 2, 2019 petition for writ of mandamus and real party in interest's September 3, 2019 reply. In his petition, relator requests this Court to set aside the trial court's February 11, 2019 temporary orders and vacate the trial court's May 29, 2019 contempt order. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, mandamus record, and response, we conclude relator has failed to show he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief

sought).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190792F.P05